# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| Harold Watts,<br><br>    Plaintiff,<br><br>vs.<br><br>DFA Dairy Brands Fluid, LLC, a Delaware Corporation d/b/a Meadow Gold Dairy, John Does 1-5,<br><br>    Defendant. | Case No. 2:21-cv-00016-BMM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PLEADINGS** |

THIS MATTER is before the Court on the Parties' Joint Motion for Extension of Time to File Dismissal Pleadings (the "Motion").

For good cause shown, and having reviewed the file and otherwise being fully apprised in the premises, the Court hereby GRANTS the Motion. The Parties are granted a 14-day extension and directed to file their dismissal pleadings pursuant to Rule 41(a) of the Federal Rules of Civil Procedure no later than January 24, 2022.

DATED this 6th day of January, 2022.

_/s/ Brian Morris_

Brian Morris, Chief District Judge
United States District Court